# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

Alberto Manuel Fernández Colón
Plaintiff

v.

Capital Mortgage Services, Corp.
Defendant

Civil No.: 19-cv-1861 (WGY)

## COMPLAINT

### I. Statement of Jurisdiction

*I am filling this case in federal court because I am a victim of mortgage fraud perpetrated by the senior officials of Capital Mortgage Services, Corp. a mortgage lender in San Juan, Puerto Rico.*

### II. Statement of the Parties

*Capital Mortgage Services, Corp.*

*206 Av. Eleanor Roosevelt, San Juan, PR 00918*

### III. Statement of Claim(s)

*I am a victim of mortgage fraud perpetrated by the senior officials of Capital Mortgage Services, Corp. a mortgage lender. This loan was made because it was a part of my late mother's inheritance. I was led to believe the loan was a purchase loan where I didn't have to be disclosed. The loan was refinanced making this situation loan flipping and that is fraud. The loan does not comply with TRID and appears to be a Non-QM mortgage loan. I wasn't disclosed that is a violation of numerous federal laws. The president of the institution Rafael J. Despiau and LO of this loan provided me bogus documentation. The lender appears to have stolen a Non-Resident Tax Withholding and a Tax Withholding of Property Taxes . They provided me fake documentation and the withholdings weren't included in the Closing Statement.. This fraud was reported in March 2018 to local and federal authorities. I filed a complaint with the CFPB and was later passed to the FTC because they stole my identity. I believe that I have bases for a discrimitaion lawsiut and I will file a discrimination complaint beause of this transaction. Every part of this loan seams fraudulent and this organization appears to committing different types of frauds that it's the reason I am making this complaint to the federal court.*

## IV. Statement of Relief

*I believe that I deserve a higher than usual relief because mortgage banking is the field of my profession. It was my late mother's inheritance, and I suffered lots of personal, professional, economic, reputational and familiar losses., due to this fraudulent transaction. Eventhough, TRID provides the set amount for civil penalties when its intentional, I believe I deserve a relief of $4,000,000.00 to include damages.*

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 12 day of September, 2019.

Signature: *Alberto M Fernandez* 
Name: Alberto M Fernández Colón 
Postal Address: Urb. Terrimar, B-81 Calle Toledo 
Guaynabo, PR 00966 
Telephone No.: 787-783-5246 
Facsimile No.: N/A 
Email Address: albertodeSanjuanpr@gmail.com